

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date: 9/8/2021

**Craig B Sanders**
Barshay Sanders PLLC
100 Garden City Plaza
Ste 500
Garden City, NY 11530

Re: Chevrestt v. Bringg, Inc.
USDC Case Number: 21cv4742

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
| VA 2-036-343 | March 31, 2017 | Angel Chevrestt |
| | | |
| | | |
| | | |

Please provide this information within ten (10) days of today's date.

Sincerely,  J. Hollimon
Thomas G. Bruton, Clerk

Rev. 11/18/2016